# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2837 Disciplinary Docket No. 3 |
| | : |
| JOHN E. TOCZYDLOWSKI | : No. 148 DB 2021 |
| | : |
| | : (Municipal Court of Philadelphia County, |
| | : Case No. MC-51-CR-13861-2020) |
| | : |
| | : Attorney Registration No. 76848 |
| | : |
| | : (Philadelphia) |

## ORDER

**PER CURIAM**

**AND NOW**, this 11th day of February, 2022, upon consideration of the responses to a rule to show cause why John E. Toczydlowski should not be placed on temporary suspension, the Rule is made absolute, and John E. Toczydlowski is placed on temporary suspension. *See* Pa.R.D.E. 214(d)(2). He shall comply with all the provisions of Pa.R.D.E. 217.

Respondent's right to petition for dissolution or amendment of this Order and to request accelerated disposition of any charges underlying this Order pursuant to Pa.R.D.E. 214(d)(4) and (f)(2) are specifically preserved.